```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17512
    CHARLIE W SHELTON JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2965


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/25/2007 and was confirmed 11/29/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  93.15% from remaining funds.

    The case was converted to chapter 7 after confirmation 07/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00           .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE      913.69           .00        913.69
ADVOCATE SO SUBURBAN HOP   UNSECURED      NOT FILED           .00           .00
CBUSA SEARS                UNSECURED      NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED OTH     991.84           .00         25.68
BRIAN W KENNY DDS          UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED        2140.00           .00           .00
NELNET EDUCATIONAL MANAG   FILED LATE      21777.60           .00       1088.88
COLLEGIATE FUNDING SVC     UNSECURED      NOT FILED           .00           .00
EMERGE/FNBO                UNSECURED      NOT FILED           .00           .00
EMERGENCY CARE HEALTH  O   UNSECURED      NOT FILED           .00           .00
FIGIS INC                  UNSECURED      NOT FILED           .00           .00
ADVOCATE CHRIST MEDICAL    UNSECURED      NOT FILED           .00           .00
PEOPLES ENERGY/GAS         UNSECURED      NOT FILED           .00           .00
MIDNIGHT VELVET            UNSECURED      NOT FILED           .00           .00
ST JAMES OLYMPIC           UNSECURED      NOT FILED           .00           .00
NICOR GAS                  UNSECURED        1288.36           .00         50.18
AT&T WIRELESS              UNSECURED         562.48           .00         21.90
PROVIDIAN BANK             UNSECURED      NOT FILED           .00           .00
PEOPLES ENERGY CREDIT UN   UNSECURED         434.42           .00         16.92
PROVIDIAN BANK             UNSECURED         141.00           .00           .00
ST FRANCIS EMER            UNSECURED      NOT FILED           .00           .00
ISAC                       UNSECURED        4801.37           .00         62.17
SALLIE MAE LSCF            UNSECURED      NOT FILED           .00           .00
SOUTHLAND BONE & JOINT I   UNSECURED      NOT FILED           .00           .00
SOUTH EMERGENCY PHYSICIA   UNSECURED      NOT FILED           .00           .00
WORLD FINANCIAL NETWORK    FILED LATE        247.29           .00           .00
WORLD FINANCIAL NETWORK    FILED LATE        105.54           .00           .00
WORLD FINANCIAL NETWORK    FILED LATE        251.58           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         394.36           .00           .00
US DEPARTMENT OF HOUSING   UNSECURED        9045.96           .00        352.35
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,784.00                    1,784.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 17512 CHARLIE W SHELTON JR
```

```
TOM VAUGHN              TRUSTEE                                  347.09
DEBTOR REFUND           REFUND                                 1,130.41

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 5,793.27

PRIORITY                                        .00
SECURED                                      913.69
UNSECURED                                  1,618.08
ADMINISTRATIVE                             1,784.00
TRUSTEE COMPENSATION                         347.09
DEBTOR REFUND                              1,130.41
                        ---------------  ---------------
TOTALS                  5,793.27         5,793.27
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE